# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| April Diaz, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>World Acceptance Corporation (d/b/a World Finance), and WFC Limited Partnership,<br><br>    Defendants. | Case No.: 1:19-cv-00957-RP |

## PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL

Plaintiff April Diaz, on behalf of herself and the opt-in Plaintiffs, (collectively "Plaintiffs"), move the Court to grant Plaintiff's Unopposed Motion for Settlement Approval and Dismissal. The grounds for this motion are set forth in the supporting memorandum, declaration, and exhibits filed with it.

Date: November 12, 2020

*/s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
NICHOLS KASTER, PLLP
80 South Eighth Street, Suite 4700
Minneapolis, Minnesota  55402
Telephone: (612) 256-3200

Charles Scalise, TX Bar 24064521
charles@rosslawpc.com
ROSS SCALISE LAW GROUP, PC
1104 San Antonio Street
Austin, Texas  78701
Telephone: (512) 474-7677

**ATTORNEYS FOR PLAINTIFFS**

2

## **CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of November 2020, I electronically filed the foregoing *Unopposed Motion for Settlement Approval and Dismissal* with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

*/s/ Michele R. Fisher*
Michele R. Fisher