IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| APRIL DIAZ, *on behalf of herself*<br>*and all others similarly situated*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:19-CV-957-RP |
| WORLD ACCPEPTANCE CORPORATION<br>d/b/a WORLD FINANCE, and WFC<br>LIMITED PARTNERSHIP, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On January 7, 2021, the Court granted the parties' joint motion to approve settlement agreement and to dismiss with prejudice all claims in this case. (Order, Dkt. 65). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all pending motions are **MOOT**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on January 7, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE